IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JYAN HARRIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 18-2084-JAR |
| ) | |
| UNIFIED GOVERNMENT OF ) | |
| WYANDOTTE COUNTY/CITY OF ) | |
| KANSAS CITY, KANSAS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## **O R D E R**

The Court has been advised by counsel that the parties have reached an agreement settling this case in its entirety.

IT IS THEREFORE ORDERED that the clerk shall administratively terminate this action without prejudice. Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties shall file a stipulation of dismissal signed by the parties, on or before **January 6, 2022.** The parties may reopen the proceedings for good cause shown, for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation. If no stipulation is received and the parties have not moved to reopen the case within the specified time, this order shall constitute, for purposes of Rule 58 of the Federal Rules of Civil Procedure, the Court's entry of final judgment of dismissal with prejudice pursuant to Rule 41(a)(2).

**IT IS SO ORDERED.**

Dated: December 6, 2021

 S/ Julie A. Robinson
JULIE A. ROBINSON
CHIEF UNITED STATES DISTRICT JUDGE