UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Jyan Harris, ) ) Plaintiff, ) ) vs. ) ) City of Kansas City, Kansas ) Fire Department, et al., ) ) ) Defendants. ) | Case No. 18-cv-2084-JAR-GEB |

### **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW Plaintiff Jyan Harris and Defendant Unified Government of Wyandotte County/Kansas City, Kansas, by and through their respective attorneys of record, and hereby stipulate and agree that the above-captioned cause has been fully compromised and settled and that Plaintiff's Amended Complaint (ECF No. 95) and Plaintiff's claims in the above-captioned case should be dismissed with prejudice.

WHEREFORE, the parties respectfully request the Court to enter an Order dismissing this action with prejudice at each party's costs.

7TX1109.DOCX

Respectfully submitted,

EDELMAN, LIESEN & MYERS, LLP
208 W. Linwood Blvd.
Kansas City, MO 64111
Phone: (816) 533-4976
Fax: (816) 463-8449
aedelman@elmlawkc.com
sliesen@elmlawkc.com
kmyers@elmlawkc.com

*Sarah Liesen*
Alexander L. Edelman,   #25821
Sarah Liesen,   #26988
Katherine Myers,   #25833

*Attorneys for Plaintiff*

McANANY, VAN CLEAVE & PHILLIPS, P.A.
10 E. Cambridge Circle Drive, Suite 300
Kansas City, Kansas 66103
Phone: (913) 371-3838
Fax: (913) 371-4722
rdenk@mvplaw.com
slow@mvplaw.com

  /s/ *Spencer A. Low*
Ryan B. Denk #18868
Spencer A. Low #27690

*Attorneys for Defendant Unified Government of Wyandotte County/Kansas City, Kansas*

8GL3022.DOCX

## CERTIFICATE OF SERVICE

      The undersigned does hereby certify that on the 10th day of October, 2022, the above and foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the following:

Alexander L. Edelman
Sarah Liesen
Katherine Myers
Edelman, Liesen & Myers, LLP
208 W. Linwood Blvd.
Kansas City, MO 64111
aedelman@elmlawkc.com
sliesen@elmlawkc.com
kmyers@elmlawkc.com

*Attorneys for Plaintiff*

                                                    /s/ *Spencer A. Low*

8GL3022.DOCX