IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JYAN HARRIS,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF KANSAS CITY, KANSAS FIRE DEPARTMENT, et al.,<br><br>    Defendant. | Case No. 18-2084-JAR |

# ORDER

The parties have filed a Stipulation of Dismissal (Doc. 267) stating that this matter may be dismissed with prejudice. Being duly advised, for good cause shown and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure,

**IT IS THEREFORE ORDERED BY THE COURT** that this case is DISMISSED WITH PREJUDICE. Each party is to bear their own costs and fees.

**IT IS SO ORDERED.**

Dated: October 11, 2022

                                          S/ Julie A. Robinson
                                         JULIE A. ROBINSON
                                         UNITED STATES DISTRICT JUDGE